1 AARON D. FORD
   Attorney General
2 ROST C. OLSEN, Bar No. 14410
   Deputy Attorney General
3 State of Nevada
  100 N. Carson Street
4 Carson City, Nevada 89701-4717
  Tel: (775) 684-1209
5 E-mail: rolsen@ag.nv.gov

6 *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| CLARENCE MCNAIR, | Case No. 3:16-cv-00038-RCJ-WGC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| R. KERSTEN, et al., | |
| Defendants. | |
| CLARENCE MCNAIR, | Case No. 3:20-cv-00198-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DOCTOR ADAMSON, et al., | |
| Defendants. | |

The above-captioned matters came before the Court for an early mediation conference on July 27, 2021. Upon engaging in discussions, Plaintiff, Clarence McNair, and all Defendants in these matters, by and through counsel, Aaron D. Ford, Nevada

///
///
///
///
///
///
///

1

Attorney General, and Rost C. Olsen, Deputy Attorney General, stipulate and agree that the above-captioned matters are dismissed with prejudice, and each party will bear their own attorney fees and costs.

_/s/ Clarence McNair_
Clarence McNair, Plaintiff
*Pro Se*

Dated: 7/30/2021

AARON D. FORD
Attorney General

By: /s/ Rost C. Olsen
    Rost C. Olsen, Bar No. 14410
    Deputy Attorney General
    Attorneys for Defendants

Dated: July 29, 2021

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED: _____August 2_____, **2021.**

2